# **<u>EXHIBIT A</u>**


**Akorn Holding Company LLC et al**
**Bankruptcy Case No. 23-10253**
**Exhibit A**

| Transferor | Transferee | Transfer Date | Transfer Type | Transfer Amount |
|---|---|---|---|---|
| Akorn Operating Company, LLC | C-Squared Pharma Limited d/b/a C2 Pharma | 2/14/2023 | Wire | $ 440,000.00 |
|  |  |  |  | $ 440,000.00 |