**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>C-SQUARED PHARMA LIMITED D/B/A C2 PHARMA,<br><br>Defendant. | Adv. Proc. No. 25-50124 (KBO) |

**CERTIFICATE OF SERVICE**

I, Evan T. Miller, hereby certify that, on September 4, 2026, I caused a copy of the *Motion of Chapter 7 Trustee for Entry of Scheduling Order* to be served on the Defendant as set forth below:

| | |
|---|---|
| By First Class International Mail<br>C-SQUARED PHARMA LIMITED D/B/A C2 PHARMA<br>Bridge House Unit 2<br>Skehard Road<br>T12 H2TK Cork<br>Republic of Ireland | By First Class and email:<br>Sean J. Bellew, Esq.<br>Bellew LLC<br>2961 Centerville Road, Suite 302<br>Wilmington, DE 19808<br>sjbellew@bellewllc.com |

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800

*Counsel for Plaintiff*

Dated: September 4, 2026