**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br><br>Plaintiff,<br><br>v.<br><br>C-SQUARED PHARMA LIMITED D/B/A C2 PHARMA,<br><br>Defendant. | Adv. Proc. No. 25-50124 (KBO)<br><br>**Re: Adv. D.I. 1, 9, 11** |

**CERTIFICATE OF NO OBJECTION TO MOTION OF**
**CHAPTER 7 TRUSTEE FOR ENTRY OF SCHEDULING ORDER**

The undersigned special counsel to George L. Miller, the Chapter 7 Trustee (the "Trustee") for the estate of the above-captioned debtors (the "Debtors") hereby certifies that:

1. On September 4, 2026, the *Motion of Chapter 7 Trustee For Entry of Scheduling Order* [Adv D.I. 11] (the "Motion") was filed with the Court.

2. Pursuant to the notice of the Motion, objections, if any, to the Motion were required to have been filed with the Court and served on the undersigned so as to be received on or before September 18, 2026 (the "Objection Deadline").

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, are Akorn Holding Company LLC (9190); Akorn Intermediate Company LLC (6123); and Akorn Operating Company LLC (6184). The Debtors' headquarters is located at 5605 CenterPoint Court, Gurnee, IL 60031.

3. The Objection Deadline has passed and no formal objections or responses were served upon the undersigned counsel or entered on the Court's docket.

4. Accordingly, the Motion may be granted.

WHEREFORE, the Trustee respectfully requests that an order, substantially in the form attached to the Motion and hereto as **Exhibit A**, be entered at the earliest convenience of the Court.

Dated: September 21, 2026
Wilmington, Delaware

**SAUL EWING LLP**

*/s/ Evan T. Miller*
Evan T. Miller (No. 5364)
Paige N. Topper (No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Counsel to the Chapter 7 Trustee*