# EXHIBIT 1

## MEDIATORS

1. David Banker, The Law Offices of David M. Banker, PLLC
2. Connor Bifferato, The Bifferato Firm
3. Leslie Berkoff, Moritt Hock & Hamroff LLP