**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>AKORN HOLDING COMPANY LLC, *et al.*,[1]<br><br>Debtors. | Chapter 7<br><br>Case No. 23-10253 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC, *et al.*,<br>Plaintiff,<br>v.<br><br>C-SQUARED PHARMA LIMITED d/b/a C2 PHARMA,<br><br>Defendant. | Adv. Proc. No. 25-50124 (KBO) |

**NOTICE OF SERVICE**

I, Evan T. Miller, hereby certify that, on September 23, 2026, a copy of *Plaintiff's Initial Disclosures* and a copy of *Plaintiff's First Set of Interrogatories, Request for Production of Documents and Requests for Admissions Directed to Defendant* were served via E-Mail and First Class Mail on the party below:

| |
|---|
| **Via E-Mail and First Class Mail**<br>Sean J. Bellew, Esq.<br>Bellew LLC<br>2961 Centerville Road, Suite 302<br>Wilmington, DE 19808<br>Email: sjbellew@bellewllc.com |

[1] The Debtors in these chapter 7 cases, along with the last four digits of their federal tax identification numbers, and cases numbers are Akorn Holding Company LLC (9190), Case No. 23-10253 (KBO); Akorn Intermediate Company LLC (6123), Case No. 23-10254 (KBO); and Akorn Operating Company LLC (6184), Case No. 23-10255 (KBO). The Debtors' headquarters is located at 5605 CenterPoint Ct., Gurnee, IL 60031.

Dated: September 24, 2026

**SAUL EWING LLP**

By: */s/ Evan T. Miller*
Evan T. Miller (DE Bar No. 5364)
Paige N. Topper (DE Bar No. 6470)
1201 N. Market Street, Suite 2300
Wilmington, DE 19801
Telephone: (302) 421-6800
evan.miller@saul.com
paige.topper@saul.com

*Special Counsel to the Chapter 7 Trustee*