SAUL EWING LLP

Turner N. Falk
Phone: (215) 972-8415
turner.falk@saul.com
www.saul.com

October 26, 2026

***VIA ECF ONLY***

The Honorable Karen B. Owens
United States Bankruptcy Court for the District of Delaware
824 North Market Street
Wilmington, Delaware 19801

**Re:** ***George Miller, Chapter 7 Trustee of the bankruptcy estates of Akorn Holding Company LLC et al. v. C-Squared Pharma Limited D/B/A C2 Pharma*; Adversary Proceeding No. 25-50124 (KBO)**

Dear Chief Judge Owens:

We represent George Miller, the Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estates of Akorn Holding Company LLC and its affiliates[1], the plaintiff in the above-referenced adversary proceeding (the "**Adversary Proceeding**"). In this Adversary Proceeding, the Trustee seeks to recover $440,000.00 from C-Squared Pharma Limited D/B/A C2 Pharma ("**C-Squared**"), primarily for preferential transfers pursuant to 11 U.S.C. § 547.

C-Squared is a foreign entity with its primary headquarters in Ireland. Following the filing of this Adversary Proceeding, the Trustee commenced foreign service consistent with the Hague Service Convention, which was completed on January 27, 2026. Following service, C-Squared's Delaware counsel appeared in the case and filed an answer.

The existing orders setting forth streamlined procedures for preference adversaries did not automatically apply to foreign defendants, so Trustee's counsel attempted to negotiate agreeable procedures with C-Squared's counsel, but never received any response.

The Trustee was forced to file the *Motion of Chapter 7 Trustee for Entry of Scheduling Order [Adv. D.I. 11]*. C-Squared did not respond in any way, and a procedures order applicable

[1] The debtors in these Chapter 7 cases, along with the last four digits of each debtor's federal tax identification number, are Akorn Holding Company LLC (9190), Akorn Intermediate Company LLC (6123), and Akorn Operating Company LLC (6184).

to this Adversary Proceeding [Adv. D.I. 13] (the "**Procedures Order**") was entered on September 22, 2026.

Pursuant to the Procedures Order, "The disclosures required under Federal Rule of Civil Procedure 26(a)(1), as incorporated by Bankruptcy Rule 7026 (the "**Initial Disclosures**"), shall be made no later than thirty (30) days after the entry of this Order." *See* Procedures Order ¶ 4.

Initial Disclosures were thus due on October 22, 2026. C-Squared has not made any Initial Disclosures or filed a notice of service of same. The Trustee served Initial Disclosures and discovery requests on C-Squared on September 23, 2026. *See Trustee's Notice of Service of Initial Disclosures and Discovery Requests* [Adv. D.I. 14].

Counsel for the Trustee attempted to meet and confer regarding the untimely initial disclosures, but did not receive a response.

Initial Disclosures are necessary for the Trustee to take discovery consistent with the timeline set forth in the Procedures Order. C-Squared is delinquent in its responsibilities under the Procedures Order and must be compelled to provide Initial Disclosures immediately. If C-Squared does not provide its initial disclosures on or before October 29, 2026, the Trustee requests that the Court enter a default against C-Squared upon certification of the Trustee's non-receipt.

Respectfully submitted,

SAUL EWING LLP

*/s/ Turner N. Falk*
By: Turner N. Falk

cc: All counsel of record (via ECF)